# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 07-MJ-00133-DLW |
| | USM Number: 35-154-013 |
| ERIC ANTHONY RIVERA | WILLIAM HERRINGER |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 113(4) and 1152 | Knowingly assault by striking, beating or wounding an enrolled member of the Southern Ute Indian Tribe | August 27, 2007 | 1 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 15, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

November 15, 2007
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 days.

The court suspends 30 days of the sentence upon the following conditions:

1. The defendant cannot have any contact either directly or indirectly with the victim, Verna Velasquez, for the next 2 years.

2. The defendant cannot be within the exterior boundaries of the Southern Ute Indian Reservation for the next 2 years.

3. The defendant must resolve the three pending cases against him by April 1, 2009, i.e., cases in Bernalillo, New Mexico for aggravated driving while intoxicated and speeding; an active warrant from Arapahoe County, Colorado for violation of a restraining order; and a parole violation for absconding from active parole supervision from the California Department of Corrections, Parole Division, Los Angeles, California based upon a felony conviction for threatening crime with intent to terrorize and battery of a spouse/ex-spouse and stalking.

The Court recommends that the Bureau of Prisons give the Defendant credit for time served of 80 days.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $1,500.00 | $1,533.71 |
| **TOTALS** | $10.00 | $1,500.00 | $1,533.71 |

The defendant must make restitution to be paid from the registry of the court to the payee(s) listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Southern Ute Indian Tribe<br>P. O. Box 737<br>Ignacio, Colorado 81137 | | $1,533.71 | |
| **TOTALS** | $0.00 | $1,533.71 | |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

January 1, 2008.

**The defendant is directed to deliver all monetary payments to Mr. Robert Dowd, U. S. Probation Officer, 103 Sheppard Drive, Room 202, Durango, Colorado 81303.**

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) penalties.